IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00850-PSF-MEH

JANICE JONES,

    Plaintiff,

v.

FIRST PERFORMANCE RECOVERY CORPORATION, a Nevada corporation,

    Defendant.

## ORDER OF DISMISSAL

THE COURT having reviewed the Unopposed Motion to Dismiss with prejudice and being fully advised in the premises, hereby ORDERS that this case is DISMISSED WITH PREJUDICE, each party to pay her or its own attorney fees and costs.

DATED: May 19, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge